# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

_____

m 00-10514

_____

DAVID CLAIRE STULL,

Plaintiff-
Counter Defendant-
Appellant,

VERSUS

UNITED STATES OF AMERICA,

Defendant-
Counter Claimant-
Appellee.

_____

Appeal from the United States District Court
for the Northern District of Texas
(3:93-CV-2266)

_____

March 20, 2001

Before REAVLEY, SMITH, and DeMOSS,
    Circuit Judges.

PER CURIAM:[*]

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under the
limited circumstances set forth in 5TH CIR.
                                (continued...)

David Stull sought a declaration that he was
not a "responsible person" for purposes of the
penalty provisions of 26 U.S.C. § 6672 regard-
ing the failure to forward payroll taxes. The
district court granted summary judgment to
the government.

_____

[*](...continued)
R. 47.5.4.

We agree with the district court's conclusions as explained in its order entered on December 3, 1999. The judgment is AFFIRMED, essentially for the reasons set forth in that order.